UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| Case No. | EDCV 14-2609 DSF (SPx) | Date | 1/21/15 |
|---|---|---|---|
| Title | Garrett Trapp v. The Kroger Co., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order REMANDING Case to State Court

This case was removed from state court based on federal question jurisdiction. Notwithstanding the fact that the complaint only states state law claims, Defendant asserts, in conclusory fashion. that because the state law claim incorporates the federal ADA, the claim arises under federal law. Not so. Wander v. Kaus, 304 F.3d 856, 858-60 (9th Cir. 2002); Kohler v. Southland Foods, Inc., 459 F. App'x 617, 618 (9th Cir. 2011) (Wander remains valid in light of Grable & Sons Metal Products, Inc. v. Darue Engineering & Manufacturing, 545 U.S. 308 (2005)); Martinez v. Del Taco, Inc., 252 F. App'x 148 (9th Cir. 2007) (same).

The case is REMANDED to the Superior Court of California, County of Riverside.

IT IS SO ORDERED.